**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 87 MAL 2017

                       Respondent   :

                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
                v.               :

                                :

ANTHONY J. CRAWFORD,           :

                                :

                    Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of July, 2017, the Petition for Allowance of Appeal is

**DENIED**.